1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )
                                    )  CR. S 08-392-GEB
12                                  )
           Plaintiff,                )  STIPULATION AND [PROPOSED]
13                                  )  ORDER CONTINUING STATUS
                                    )  CONFERENCE AND EXCLUDING
14    v.                             )  TIME
                                    )
15                                  )
   JORGE ALBERT REYES et al.,       )
16                                  )
           Defendants.               )  Hon. Garland E. Burrell
17 _____)

19      The parties request that the status conference currently set
20 for November 7, 2008, be continued to January 23, 2009, and
21 stipulate that the time beginning November 7, 2008, and extending
22 through January 23, 2009, should be excluded from the calculation
23 of time under the Speedy Trial Act.  The parties submit that the
24 ends of justice are served by the Court excluding such time, so
25 that counsel for each defendant may have reasonable time
26 necessary for effective preparation, taking into account the
27 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
28 Code T4.

                                    1

     The parties are in the process of discussing and negotiating various pretrial dispositions.  Each defendant will need time to consider any plea offer he or she may receive.  Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT  
                                            United States Attorney

Dated: November 6, 2008        By:/s/ Michael M. Beckwith  
                                              MICHAEL M. BECKWITH  
                                              Assistant U.S. Attorney

Dated: November 6, 2008        By:/s/ Caro Marks  
                                              CARO MARKS  
                                              Attorney for defendant  
                                              Adam Pablo Reyes

Dated: November 6, 2008        By:/s/ Erin Radekin  
                                              ERIN RADEKIN  
                                              Attorney for defendant  
                                              Juan Gabriel Alvarez

Dated: November 6, 2008        By:/s/ Clarence Mahle  
                                              CLARENCE MAHLE  
                                              Attorney for defendant  
                                              Juan Abarca-Catalan

```
Dated: November 6, 2008        By: /s/ Michael Chastaine
                                   MICHAEL CHASTAINE
                                   Attorney for defendant
                                   David Reyes Navarro

Dated: November 6, 2008        By: /s/ Katherine Lothrop
                                   KATHERINE LOTHROP
                                   Attorney for defendant
                                   Keodone Noy Phaouthoum

Dated: November 6, 2008        By: /s/ Carl Larson
                                   CARL LARSON
                                   Attorney for defendant
                                   Khamsou Sida

Dated: November 6, 2008        By: /s/ Evans Prieston
                                   EVANS PRIESTON
                                   Attorney for defendant
                                   Victor Alfonso Ceja

Dated: November 6, 2008        By: /s/ Danny Brace
                                   DANNY BRACE
                                   Attorney for defendant
                                   Ruben Anthony Olsen

Dated: November 6, 2008        By: /s/ Scott Tedmon
                                   SCOTT TEDMON
                                   Attorney for defendant
                                   Majid Bajmanlo

Dated: November 6, 2008        By: /s/ Julie Raridan
                                   JULIE RARIDAN
                                   Attorney for defendant
                                   Juan Madrigal Rizo

Dated: November 6, 2008        By: /s/ Dan Koukol
                                   DAN KOUKOL
                                   Attorney for defendant
                                   Steven Lopez

Dated: November 6, 2008        By: /s/ William Bonham
                                   WILLIAM BONHAM
                                   Attorney for defendant
                                   Thomas Jesse Garcia
```

| | | |
|---|---|---|
| Dated: November 6, 2008 | By: | /s/ Scott Cameron |
| | | SCOTT CAMERON |
| | | Attorney for defendant |
| | | Sarah Lancaster |
| Dated: November 6, 2008 | By: | /s/ Daniel Davis |
| | | DANIEL DAVIS |
| | | Attorney for defendant |
| | | Ashley Rhymer |

**ORDER**

The status conference in case number CR. S 08-392-GEB, currently set for November 7, 2008, is continued to January 23, 2009, and the time beginning November 7, 2008, and extending through January 23, 2009, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  November 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

4