JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JORGE REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-392-GEB |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| JORGE REYES, ) | Date: March 26, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Hon. Garland E. Burrell, Jr. |

    Defendant Jorge Reyes, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Michael Beckwith, hereby stipulate and request that the Court continue the status conference in the above-captioned case from March 12, 2010, to **March 26, 2010, at 9:00 a.m.**

    Defendant Jorge Reyes is charged in this case with one count of conspiracy to distribute and possess with the intent to distribute over 500 grams of methamphetamine and one count of possession with intent to distribute over 500 grams of methamphetamine. This is a wiretap case in which the government has provided well over 1,000 pages of discovery as well as a large number of recorded conversations.  This request is made because defense counsel needs additional time to review the materials in this case and to meet with the defendant for ongoing defense investigation and preparation.  Further, defense counsel will be out of town on March 12, 2010.

For the reasons set forth above, the parties also stipulate and request that the Court continue to exclude time within which the trial must commence under the Speedy Trial Act from March 12, 2010 through March 26, 2010, for defense preparation, complexity, and continuity of counsel under 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: March 12, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JORGE REYES

BENJAMIN B. WAGNER
U.S. Attorney

Dated: March 12, 2010

By:   /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: March 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2