```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-08-0392-GEB
12         Plaintiff,            )
                                 )  STIPULATION AND [PROPOSED] ORDER
13                               )  CONTINUING STATUS CONFERENCE AND
        v.                       )  EXCLUDING TIME
14                               )
    JORGE REYES,                 )
15                               )
           Defendant.            )  Hon. Garland E. Burrell
16  _____)
17
18       The parties request that the status conference currently set
19  for March 26, 2010, be continued to April 16, 2010, and stipulate
20  that the time beginning March 26, 2010, and extending through
21  April 16, 2010, should be excluded from the calculation of time
22  under the Speedy Trial Act.  The parties submit that the ends of
23  justice are served by the Court excluding such time, so that
24  counsel for each defendant may have reasonable time necessary for
25  effective preparation, taking into account the exercise of due
26  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.
27       The parties need additional time for preparation.
28  Therefore, the parties have agreed and respectfully request that
```

1

1  the Court set the date of April 16, 2010, for the status
2  conference.
3      The parties stipulate and agree that the interests of
4  justice served by granting this continuance outweigh the best
5  interests of the public and the defendants in a speedy trial.
6  18 U.S.C. § 3161(h)(7)(A).

                                                               Respectfully Submitted,

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney

Dated: March 24, 2010                    By:/s/ Michael M. Beckwith
                                                               MICHAEL M. BECKWITH
                                                               Assistant U.S. Attorney

Dated: March 24, 2010                    By:/s/ John Balazs
                                                               JOHN BALAZS
                                                               Attorney for defendant
                                                               JORGE REYES

**ORDER**

    For the reasons stated above, the status conference for Jorge Reyes in case number CR. S-08-0392-GEB, currently set for March 26, 2010, is continued to April 16, 2010; and the time beginning March 26, 2010, and extending through April 16, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 25, 2010

                              GARLAND E. BURRELL, JR.
                              United States District Judge