JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JORGE REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 08-392-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND PROPOSED ORDER** |
| JORGE REYES, et. al., | ) |
| Defendants. | ) Hon. Garland E. Burrell, Jr.<br>) Date: April 30, 2010<br>) Time: 9:00 a.m. |

Defendant Jorge Reyes, through his attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Michael Beckwith, hereby stipulate and request that the Court continue the status conference in the above-captioned case from April 16, 2010 to **April 30, 2010, at 9:00 a.m.**

The reason for this request is that defense counsel needs additional time to prepare, including reviewing voluminous discovery and audio recordings with the defendant. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from April 16, 2010 through April 30, 2010, for defense preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) (local code T4) and complexity under 18 U.S.C. § 3161(h)(7)(B)(ii) (local code T2). The parties also stipulate that the interest of justices served by granting this continuance outweigh the best

interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully submitted,

Dated:  April 14, 2010

                                              /s/ John Balazs
                                              JOHN BALAZS

                                              Attorney for Defendant
                                              JORGE REYES


                                              BENJAMIN B. WAGNER
                                              U.S. Attorney

Dated:  April 14, 2010

                                    By:   /s/ Michael M. Beckwith
                                              MICHAEL M. BECKWITH
                                              Assistant U.S. Attorney



                                              **ORDER**

**IT IS SO ORDERED.**

**Dated:  April 14, 2010**

                                              **GARLAND E. BURRELL, JR.**
                                              **United States District Judge**