JOHN BALAZS, Bar #157287  
Attorney At Law  
916 2nd Street, 2nd Floor  
Sacramento, California 95814  
Telephone: (916) 447-9299  
John@Balazslaw.com  

Attorney for Defendant  
JORGE REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-392-GEB |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| JORGE REYES, et. al., | Hon. Garland E. Burrell, Jr. |
| Defendants. | Date: May 21, 2010<br>Time: 9:00 a.m. |

Defendant Jorge Reyes, through his attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Michael Beckwith, hereby stipulate and request that the Court continue the status conference in the above-captioned case from April 30, 2010 to **May 21, 2010, at 9:00 a.m.**

The reason for this request is that defense counsel needs additional time to prepare, including reviewing voluminous discovery and audio recordings with the defendant.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from April 30, 2010 through May 21, 2010, for defense preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) (local code T4) and complexity under 18 U.S.C. § 3161(h)(7)(B)(ii) (local code T2).   Time has previously been excluded on these grounds through April 30, 2010.  The parties also stipulate that the

interest of justices served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Dated:  April 29, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JORGE REYES


BENJAMIN B. WAGNER
U.S. Attorney

Dated:  April 29, 2010

By:  /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge