JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JORGE REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 08-392-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND PROPOSED ORDER** |
| JORGE REYES, et. al., | ) |
| Defendants. | ) Hon. Garland E. Burrell, Jr. |
| | ) Date: June 18, 2010 |
| | ) Time: 9:00 a.m. |

Defendant Jorge Reyes, through his attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Michael Beckwith, hereby stipulate and request that the Court continue the status conference in the above-captioned case from May 21, 2010 to **June 18, 2010, at 9:00 a.m.**

The reason for this request is that defense counsel needs additional time to prepare, including reviewing voluminous discovery and audio recordings with the defendant. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from May 21, 2010 through June 18, 2010, for defense preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) (local code T4) and complexity under 18 U.S.C. § 3161(h)(7)(B)(ii) (local code T2). Time has previously been excluded on these grounds through June 18, 2010. The parties also stipulate that the

interest of justices served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Dated:  May 20, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JORGE REYES


BENJAMIN B. WAGNER
U.S. Attorney

Dated:  May 20, 2010

By:   /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  May 20, 2010

GARLAND E. BURRELL, JR.
United States District Judge