BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-392 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| JORGE REYES, et al., | |
| Defendants. | Hon. Garland E. Burrell, Jr. |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Jorge Albert Reyes, through his counsel of record, John P. Balazs, and defendant Juan Madrigal Rizo, through his counsel of record, Gilbert A. Roque, request that the status conference currently set for July 16, 2010, be continued to September 10, 2010, and stipulate that the time beginning July 16, 2010, and extending through September 10, 2010, should be excluded from the calculation of time under the Speedy Trial Act.

1

1  The parties submit that the ends of justice are served by
2 the Court excluding such time, so that counsel for each defendant
3 may have reasonable time necessary for effective preparation,
4 taking into account the exercise of due diligence.  18 U.S.C. §
5 3161(h)(7)(B)(iv); Local Code T4.
6   The parties are in the process of discussing and negotiating
7 the various plea offers in this case.  Each defendant will need
8 time to consider his or her offer in light of the discovery.  As
9 such, the attorneys for each defendant need more time to review
10 the discovery in this case, discuss that discovery with their
11 respective clients, consider new evidence that may affect the
12 disposition of this case, conduct necessary legal research and
13 investigation, and then discuss with their clients how to
14 proceed.  The parties stipulate and agree that the interests of
15 justice served by granting this continuance outweigh the best
16 interests of the public and the defendants in a speedy trial.  18
17 U.S.C. § 3161(h)(7)(A).
18 IT IS SO STIPULATED.

|                          |     |                              |
|--------------------------|-----|------------------------------|
|                          |     | BENJAMIN B. WAGNER           |
|                          |     | United States Attorney       |
| Dated: July 9, 2010      | By: | /s/ Michael M. Beckwith      |
|                          |     | MICHAEL M. BECKWTIH          |
|                          |     | Assistant U.S. Attorney      |
|                          |     | Attorney for Plaintiff       |
| DATED: July 9, 2010      | By: | /s/ John Paul Balazs         |
|                          |     | JOHN PAUL BALAZS             |
|                          |     | Attorney for Defendant       |
|                          |     | JORGE ALBERT REYES           |
| DATED: July 9, 2010      | By: | /s/ Gilbert A. Roque         |
|                          |     | GILBERT A. ROQUE             |
|                          |     | Attorney for Defendant       |
|                          |     | JUAN MADRIGAL RIZO           |

2

**ORDER**

The status conference in case number CR. S-08-0392 GEB, currently set for July 16, 2010, is continued to September 10, 2010, and the time beginning July 16, 2010, and extending through September 10, 2010, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons stated in the above stipulation, the Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  July 12, 2010

GARLAND E. BURRELL, JR.
United States District Judge