1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, 2nd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  JORGE REYES

6

7

8

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )   No. CR-S 08-392-GEB
                                     )
13              Plaintiff,           )
                                     )
14       v.                          )   **STIPULATION AND PROPOSED**
                                     )   **ORDER**
15  JORGE REYES, et. al.,            )
                                     )
16              Defendants.          )   Hon.  Garland E. Burrell, Jr.
    _____)   Date:  October 15, 2010
17                                       Time: 9:00 a.m.

18       Defendant Jorge Reyes, through his attorney John Balazs, and the United States,

19  through its attorney Assistant U.S. Attorney Michael Beckwith, hereby stipulate and

20  request that the Court continue the status conference in the above-captioned case from

21  September 10, 2010 to **October 15, 2010, at 9:00 a.m.**

22       The reason for this request is that defense counsel needs additional time to prepare,

23  including reviewing voluminous discovery, wiretap affidavits, and audio recordings with

24  the defendant.  For these reasons, the parties stipulate and request that the Court exclude

25  time within which the trial must commence under the Speedy Trial Act from September

26  10, 2010 through October 15, 2010, for defense preparation under 18 U.S.C.

27  § 3161(h)(7)(B)(iv) (local code T4) and complexity under 18 U.S.C. § 3161(h)(7)(B)(ii)

28  (local code T2).   Time has previously been excluded on these grounds through September

1   10, 2010.  The parties also stipulate that the interest of justices served by granting this

2   continuance outweigh the best interest of the public and the defendants in a speedy trial.

3   18 U.S.C. § 3161(h)(7)(A).

4                                              Respectfully submitted,

5        Dated:  September 10, 2010

6                                              /s/ John Balazs
                                               JOHN BALAZS
7
                                               Attorney for Defendant
8                                              JORGE REYES

9

10                                             BENJAMIN B. WAGNER
                                               U.S. Attorney
11
         Dated:  September 10, 2010
12
                                      By:    /s/ Michael M. Beckwith
13                                           MICHAEL M. BECKWITH
                                             Assistant U.S. Attorney
14

15

16

17                                  **ORDER**

18       **IT IS SO ORDERED.**

19   Dated:  September 10, 2010

20

21   _____
     GARLAND E. BURRELL, JR.
22   United States District Judge

23

24

25

26

27

28

                                    2