JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JORGE REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 08-392-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND PROPOSED ORDER** |
| JORGE REYES, et. al., | ) |
| Defendants. | ) Hon. Garland E. Burrell, Jr. </br> Date: November 12, 2010 </br> Time: 9:00 a.m. |

Defendant Jorge Reyes, through his attorney John Balazs, and the United States, through its attorney Assistant U.S. Attorney Michael Beckwith, hereby stipulate and request that the Court vacate the status conference in the above-captioned case on October 15, 2010 and set the matter for a change of plea on **November 12, 2010, at 9:00 a.m.**

The reason for this request is that defense counsel needs additional time to complete plea negotiations and a final plea agreement. Defense counsel is also on vacation from October 17 to November 2, 2010. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from October 15, 2010 through November 12, 2010, for defense preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) (local code T4) and complexity under 18 U.S.C. § 3161(h)(7)(B)(ii) (local code T2). Time has previously been excluded on these grounds

through October 15, 2010.  The parties also stipulate that the interest of justices served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully submitted,

Dated:  October 15, 2010

                                      /s/ John Balazs
                                      JOHN BALAZS

                                      Attorney for Defendant
                                      JORGE REYES


                                      BENJAMIN B. WAGNER
                                      U.S. Attorney

Dated:  October 15, 2010

                             By:    /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney


                                        **ORDER**

**IT IS SO ORDERED.**

Dated: October 15, 2010

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge