```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    2:12-CR-188 MCE
                                 )
12           Plaintiff,          )    NOTICE OF RELATED CASES
                                 )    [PROPOSED ORDER]
13       v.                      )
                                 )
14  JUAN GABRIEL ALVAREZ, and    )
    SYCHANH CHANTHABOURY,        )
15                               )
             Defendants.         )
16  _____)
                                 )
17  UNITED STATES OF AMERICA,    )
                                 )
18           Plaintiff,          )    2:08-CR-570 GEB
                                 )
19       v.                      )
                                 )
20  MANUEL AGUILAR-GODINEZ, and  )
    JUAN GABRIEL ALVAREZ,        )
21                               )
                                 )
22           Defendants.         )
    _____)
23                               )
    UNITED STATES OF AMERICA,    )
24                               )
             Plaintiff,          )    2:08-CR-392 GEB
25                               )
         v.                      )
26                               )
    JORGE ALBERT REYES,          )
27  ADAM PABLO REYES,            )
    JUAN GABRIEL ALVAREZ,        )
28  JUAN ABARCA-CATALAN,         )
```

1

```
DAVID REYES NAVARRO,            )
KEOOUDONE NOY PHAOUTHOUM,       )
KHAMSOU SIDA,                   )
VICTOR ALFONSO CEJA,            )
RUBEN ANTHONY OLSEN,            )
MAJID BAJMANLO,                 )
JUAN MADRIGAL RIZO,             )
STEVEN LOPEZ,                   )
THOMAS JESSE GARCIA,            )
JOSHUA LIKE,                    )
SARAH LEANNE LANCASTER, and     )
ASHLEY RHYMER,                  )
                                )
          Defendants.           )
_____)
```

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the plaintiff United States of America, the Court finds that Criminal Case No. 2:12-CR-188 MCE, is related to the above captioned maters within the meaning of Local Rule 83-123.

Based upon this finding,

**IT IS HEREBY ORDERED** that:

The Clerk of the Court shall REASSIGN Case No. 2:12-CR-188 MCE to the Honorable GARLAND E. BURRELL, JR.

Any dates scheduled before Judge England are vacated. A status conference is scheduled for June 15, 2012, at 9:00 before the Honorable Garland E. Burrell, Jr. In case 2:12CR188.

Dated: May 31, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge