John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorneys for Defendant
JORGE REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0392-GEB |
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JORGE REYES, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Hon. Garland E. Burrell, Jr. |

Defendant, JORGE REYES by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 28, 2013, this Court sentenced Mr. Reyes to a term of 94 months imprisonment on Count 1, and Count 2 was dismissed;

3. His total offense level was 34, his criminal history category was III, and the resulting guideline range was 188 to 235 months; the Court granted the government's 5K1.1 motion to reduce his sentence by 50% from the bottom of the guideline range to 94 months;

1      4.     The sentencing range applicable to Mr. Reyes was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Reyes's total offense level has been reduced from 34 to 32, and his amended guideline range is 151 to 188 months; and, with the same corresponding 50% reduction under U.S.S.G. §5K1.1, the sentence would be reduced to 76 months;

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Reyes's term of imprisonment to a term of 76 months.

Respectfully submitted,

Dated:  January 13, 2015                                   Dated:   January 13, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                                                          /s/*John Balazs*
JASON HITT                                                          JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                              Attorney for Defendant
UNITED STATES OF AMERICA               JORGE REYES

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Reyes is entitled to the benefit Amendment 782, which reduces the total offense level from 34 to 32, resulting in an amended guideline range of 151 to 188 months, and a corresponding reduction in sentence under U.S.S.G. §5K1.1 from 94 to 76 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2013 is reduced to a term of 76 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1 reduction in sentence, and shall serve certified copies of the amended judgment on the United
2 States Bureau of Prisons and the United States Probation Office.
3     Unless otherwise ordered, Mr. Reyes shall report to the United States Probation Office
4 within seventy-two hours after his release.
5 Dated: January 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge