UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Garland E. Burrell Jr.<br>United States District Judge<br>Sacramento, California | **RE: Jorge Albert Reyes**<br>**Docket Number: 0972 2:08CR00392-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jorge Albert Reyes is requesting permission to travel to Cancun, Mexico. Jorge Albert Reyes is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 18, 2013, Jorge Albert Reyes was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess With Intent to Distribute Over 500 Grams of Methamphetamine (Class A Felony).

**Sentence Imposed:** 76 months custody Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment; Special Conditions: Search; Financial disclosure; Substance abuse treatment and testing; Cell phone restrictions and record disclosure; Co-payment; Drug offender registration.

**Dates and Mode of Travel:** Flying from Sacramento, California, on June 5, 2018, and returning on June 12, 2018.

**Purpose:** To attend a family gathering

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Jorge Albert Reyes**
       **Docket Number:  0972 2:08CR00392-001**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

                              Respectfully submitted,

                              /s/ Paul Mamaril

                              Paul Mamaril
                              United States Probation Officer

Dated:   May 31, 2018
         Sacramento, California


**REVIEWED BY:**     /s/ Garey White

                     **Garey S. White**
                     **Sr. United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

Dated:  May 31, 2018

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

2