UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.  **RE:** Jorge Albert Reyes
Senior United States District Judge  **Docket Number:  0972 2:08CR00392-001**
Sacramento, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Jorge Albert Reyes is requesting permission to travel on a cruise to Ensenada, Baja California, Mexico. Jorge Albert Reyes is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 18, 2013, Jorge Albert Reyes was sentenced for the offenses of 21 U.S.C. §§ 846 and 841 (a)(1) – Conspiracy to Distribute and Possess With Intent to Distribute Over 500 Grams of Methamphetamine (Class A Felony).

**Sentence Imposed:** 94 months custody in the Bureau of Prisons (sentence reduced to 76 months), 60 months supervised release, $100 special assessment (Paid).

**Dates and Mode of Travel:** December 8, 2019, through December 12, 2019, via Carnival Cruise Lines.

**Purpose:** Sister's wedding and family vacation. Mr. Reyes will be traveling with his girlfriend, Erica Gonzales.

**RE:** Jorge Albert Reyes
      Docket Number: 0972 2:08CR00392-001
      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

*/s/ Miriam E. Olea*

Miriam E. Olea
United States Probation Officer

Dated:   December 5, 2019
         Elk Grove, California
         (916) 930-4353


**REVIEWED BY:**   */s/ Ronnie Preap*
                  **Ronnie Preap**
                  **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

Dated: December 6, 2019

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
Senior United States District Judge